UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00140

**United States of America**

v.

**Christopher Deshaun Wansley**

### ORDER

This criminal action was referred to a magistrate judge, under 28 U.S.C. § 636(b)(3), who held a final revocation hearing on October 7, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 88. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 87.

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that defendant be sentenced to a period of eight months imprisonment to be served concurrently with the sentence imposed in Case No. 6:24-cr-00141 in the Eastern District of Texas. The court further orders that there be no supervised release to follow. The court recommends that defendant serves his sentence at FCI Texarkana, Texas.

*So ordered by the court on October 17, 2025.*

J. CAMPBELL BARKER
United States District Judge